# Third District Court of Appeal

## State of Florida

Opinion filed March 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0489
Lower Tribunal No. 24-19191-CC
_____

**Sniders Jean-Jacques**,
Appellant,

vs.

**2201 N. Miami Ave Owner, LLC, etc.**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Gordon Murray, Judge.

Morris Legal, LLC, and J. Wil Morris, for appellant.

Barfield McCain, P.A., and Donna S. Barfield and Ryan R. McCain (Palm Beach Gardens), for appellee.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 48.183, Fla. Stat. (providing that service of process in an action for possession of residential premises may be accomplished by posting a copy of the summons and complaint in a conspicuous place on the property after two failed attempts to locate the tenant).